NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERNATIONAL RIGHTS ADVOCATES,**
*Plaintiff-Appellant*

v.

**ALEJANDRO MAYORKAS, Secretary of U.S. Department of Homeland Security, TROY MILLER, Acting Commissioner for U.S. Customs and Border Protection,**
*Defendants-Appellees*

---

2024-2316

---

Appeal from the United States Court of International Trade in No. 1:23-cv-00165-CRK, Judge Claire R. Kelly.

---

**ON MOTION**

---

**ORDER**

Appellees submit a motion for an extension of time, until February 20, 2025, to file their response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

Any opposition to the motion is due no later than December 6, 2024.

FOR THE COURT

December 3, 2024
Date

Jarrett B. Perlow
Clerk of Court