Case No.: 24-2316

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

INTERNATIONAL RIGHTS ADVOCATES
Plaintiff-Appellant,

v.

ALEJANDRO MAYORKAS, Secretary of U.S. Department
of Homeland Security, TROY MILLER, Acting Commissioner
for U.S. Customs and Border Protection
Defendants-Appellees.

_____

On Appeal from the United States Court of
International Trade, Case No. 23-00165
Honorable Claire R. Kelly

_____

**PLAINTIFF-APPELLANT'S OPPOSITION TO MOTION**
_____

Terrence P. Collingsworth
(DC Bar # 471830)
Executive Director
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Ave. NE
Washington, DC 20002
Phone: 202-543-5811
Email: tc@iradvocates.org

*Counsel for Plaintiff-Appellant*
*International Rights Advocates*

The Government Defendants-Appellees seek a two-month extension to file their Response Brief, until February 20, 2025. The reason given is that they need this time to allow for full review within the concerned bureaucracies. At each step of briefing in this case, Defendants-Appellees have sought and obtained major extensions of time, while Plaintiff-Appellant IRAdvocates has timely filed its submissions to move this case along to resolution on the merits.

When asked to consent to this excessive amount of time, IRAdvocates offered a two-week extension, responding in a November 27, 2024 email that "[e]ach major delay in CBP doing its statutory duty to ban the importation of cocoa harvested by child slaves condemns thousands of children to a continuation of the horrible conditions they must endure." This is an understatement. "In October 2020, the Department of Labor issued a report (NORC Report) in conjunction with the University of Chicago; the report estimated . . . approximately ***1.56 million child laborers*** worked in cocoa production in Côte d'Ivoire and Ghana." Complaint ¶ 10, Appx25-26.

In light of the serious consequences of delaying resolution of this case, their prior extensive delays in briefing, and IRAdvocates' offer of a two-week extension, Defendants-Appellees should be required to have a more compelling reason for a ***two-month delay*** than bureaucratic necessity. They have been aware of the sole issue on appeal—whether IRAdvocates has standing to sue—since the

1

CIT's ruling on August 8, 2024. IRAdvocates' mission to end forced child labor in cocoa harvesting is prejudiced by excessive and unnecessary delay in resolving this case.

Respectfully submitted this 4th day of December, 2024

/s/ Terrence P. Collingsworth
(DC Bar # 471830)
Executive Director
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Ave. NE
Washington, DC 20002
Phone: 202-543-5811
Email: tc@iradvocates.org

***Counsel for Plaintiff-Appellant***
***International Rights Advocates***

# CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2024, I electronically filed the foregoing with the United States Court of Appeals for the Federal Circuit by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

Date: December 4, 2024

/s/ Terrence P. Collingsworth
Terrence P. Collingsworth
(D.C. Bar No. 471830)
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Avenue, NE
Washington, D.C. 20002
Telephone: (202) 543-5811
tc@iradvocates.org

*Counsel for Plaintiff-Appellant*