UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
_____
INTERNATIONAL RIGHTS ADVOCATES, :
:
        Plaintiff-Appellant, :
:   Appeal No.: 2024-2316
        v. :
:
NOEM, :
:
        Defendant-Appellee. :
_____:

# **CONSENT MOTION TO RESCHEDULE ORAL ARGUMENT**

Pursuant to Rule 34, Federal Rules of Appellate Procedure and the United States Court of Appeals for the Federal Circuit, defendant-appellee, the United States, respectfully requests that the Court reschedule oral argument in this case, currently scheduled for February 6, 2026. On January 23, 2026, Terrence Collingsworth, Esq. counsel for plaintiff-appellant, advised that plaintiff-appellant consents to the requested adjournment.

The Court's Rules require a "compelling reason" to request a postponement of a scheduled oral argument. *See* Fed. Cir. R. 34(d)(3). The reason for this request is that an unexpected family emergency has arisen that will require the undersigned to take extended family medical leave. The undersigned's husband recently suffered an accident on January 17th that requires surgery on January 23, 2026. As the sole caregiver, the undersigned must provide care to her husband for the immediate future and foreseeably into the coming weeks. Additionally,

due to this accident and a recent separate medical event, the undersigned is also now primarily responsible for the care of her elderly, ailing mother-in-law. Due to these unanticipated circumstances, the undersigned is expected to be on family medical leave for most if not all of the next two weeks and possibly longer. As the argument in this case is currently scheduled for February 6th, the undersigned will be unable to prepare and respectfully seeks leave of the Court for a postponement.

The undersigned recognizes that rescheduling the argument is a burden to the Court and to the appellant. We are making this request, however, because the undersigned counsel has the most institutional knowledge from the Department of Justice regarding the complex issues of this case, and will be of most assistance in answering the Court's questions.

Government counsel is respectful of the Rules and Scheduling Orders issued by the Court and sincerely regrets and apologizes for any inconvenience that a postponement may cause the Court.

Defendant-appellee respectfully requests that its consent motion, requesting the rescheduling of the oral argument, be granted.

<pre>
                              Respectfully submitted,

                              BRETT A. SHUMATE
                              Assistant Attorney General

                              PATRICIA M. McCARTHY
                              Director

                    By:       JUSTIN R. MILLER
                              Attorney-In-Charge
                              International Trade Field Office

                              /s/ Aimee Lee
                              AIMEE LEE
                              Assistant Director
                              Dept. of Justice, Civil Division
                              26 Federal Plaza, Room 346
                              New York, New York 10278
                              Tel. No. (212) 264-9230 or 0483
Dated: January 23, 2026       Attorneys for Defendant-Appellee
</pre>

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
_____

| INTERNATIONAL RIGHTS ADVOCATES, | : | |
| --- | --- | --- |
| | : | |
| Plaintiff-Appellant, | : | |
| | : | Appeal No.: 2024-2316 |
| v. | : | |
| | : | |
| NOEM, | : | |
| | : | |
| Defendant-Appellee. | : | |

_____:

## **<u>DECLARATION</u>**

Aimee Lee deposes and says:

1. I am an attorney in the International Trade Field Office, Civil Division, U.S. Department of Justice, and am responsible for this appeal.

2. The oral argument in this case is currently scheduled for February 6, 2026.

3. An unexpected family emergency has arisen that will require the undersigned to take extended family medical leave.

4. The undersigned's husband recently suffered an accident on January 17th that requires surgery on January 23, 2026. As the sole caregiver, the undersigned must provide care to her husband for the immediate future and foreseeably into the coming weeks. Additionally, due to this accident and a recent separate medical event, the undersigned is also now primarily responsible

4

for the care of her elderly, ailing mother-in-law.

5. Due to these unanticipated circumstances, the undersigned is expected to be on family medical leave for most if not all of the next two weeks and possibly longer. As the argument in this case is currently scheduled for February 6th, the undersigned will be unable to prepare and respectfully seeks leave of the Court for a postponement.

                                                                     <u>/s/ Aimee Lee</u>
                                                                     AIMEE LEE

Dated: January 23, 2026

## CERTIFICATE OF SERVICE

I hereby certify that, on January 23, 2026, a copy of the foregoing Consent Motion for an Adjournment of Oral Argument in Appeal No. 24-2316 was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Aimee Lee

## CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32

I, Aimee Lee, an Assistant Director in the Office of the Assistant Attorney General, Civil Division, Commercial Litigation Branch, International Trade Field Office, who is responsible for the foregoing motion, relying upon the Microsoft Word count feature of the word processing program used to prepare this motion, certify that this brief complies with the type-volume limitation under Rule 32 (g)(1), and contains 326 words.

/s/ Aimee Lee