NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERNATIONAL RIGHTS ADVOCATES,**
*Plaintiff-Appellant*

v.

**KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, RODNEY S. SCOTT, COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellees*

---

2024-2316

---

Appeal from the United States Court of International Trade in No. 1:23-cv-00165-CRK, Judge Claire R. Kelly.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Upon consideration of the appellees' unopposed motion to reschedule oral argument in the above-captioned appeal,

IT IS ORDERED THAT:

The motion is granted. The appeal is removed from the February 6, 2026 oral argument calendar, and the appeal will be rescheduled in due course.

FOR THE COURT

<u>January 26, 2026</u>
      Date

Jarrett B. Perlow
Clerk of Court