

**U.S. Department of Justice**

Civil Division

*International Trade Field Office*    *Phone 212-264-9230*
*Commercial Litigation Branch*    *FAX   212-264-1916*
*26 Federal Plaza, Room 346*
*New York, New York 10278-0140*

March 31, 2026

The Honorable Jarrett B. Perlow
Clerk of the Court
United States Court of Appeals For the Federal Circuit
Washington, D.C. 20439

      Re:    International Rights Advocates v. Mullin
               Appeal No. 24-2316

Dear Mr. Perlow:

      Pursuant to Federal Rule of Appellate Procedure 28(j), defendants-appellees respectfully submit this notice in this appeal, which is scheduled for oral argument on April 9, 2026.

      In the course of preparing for the upcoming oral argument, we became aware of a necessary correction to the Corrected Defendants-Appellees' brief.   ECF No. 30.   On page 19 of the brief, we stated that "IRAdvocates filed a petition pursuant to Section 307 alleging forced child labor in the supply chain of cocoa and cocoa products in the Côte d'Ivoire, which is under investigation and pending with CBP."   U.S. Customs and Border Protection advises that since mid-August 2024, no new information has been received or developed by the agency and that the investigation is not being actively pursued at this time.

      We respectfully bring this updated information to the Court's attention.

                    Respectfully submitted,

                    BRETT A. SHUMATE
                    Assistant Attorney General
                    Civil Division

                    /s/ Patricia M. McCarthy
                    PATRICIA M. McCARTHY
                    Director

                    /s/ Aimee Lee
                    AIMEE LEE
                    Assistant Director
                    Department of Justice, Civil Division
                    Commercial Litigation Branch
                    26 Federal Plaza, Room 346
                    New York, NY 10278
                    (202) 532-3449
                    Attorneys for Defendants-Appellees