

April 1, 2026

The Honorable Jarrett B. Perlow
Clerk of the Court
United States Court of Appeals For the Federal Circuit
Washington, D.C. 20439

Re:     **Notice of Supplemental Authorities**
        International Rights Advocates v. Mullin, Appeal No. 24-2316
        **Oral Argument Scheduled for April 9, 2026**

Dear Mr. Perlow:

Pursuant to Federal Rule of Appellate Procedure 28(j), Plaintiff-Appellant International Rights Advocates ("IRAdvocates") respectfully submits this Notice of Supplemental Authorities for this pending appeal. After IRAdvocates filed its Reply Brief on March 13, 2025, these cases were decided that address the key issue before this Court, the dichotomy between the Supreme Court's organizational standing decisions in *Havens Realty Corp. v. Coleman* ("*Havens Realty*"), 455 U.S. 363 (1982), and *Food and Drug Administration v. Alliance for Hippocratic Medicine* ("*Alliance*"), 602 U.S. 367 (2024).

These recent cases listed below further support IRAdvocates' position that *Havens Realty* remains a viable precedent and supports organizational standing when, like here, an organization suffers direct interference with its core business activities resulting in increased costs to address that interference. As IRAdvocates demonstrated in its Opening Brief at 18-43 and Reply Brief at 6-19, it suffered a concrete injury-in-fact when Defendants-Appellees refused to enforce section 307 of the Tariff Act of 1930, 19 U.S.C. § 1307, depriving IRAdvocates of a key legal tool to achieve its mission of eliminating child labor in cocoa harvesting. IRAdvocates was forced to expend significant resources in response to this unlawful act. This injury goes beyond mere interference with advocacy that was found to be insufficient for standing in *Alliance*.

- ***Immigrant Defs. L. Ctr. v. Noem***, **145 F.4th 972 (9th Cir. 2025)** (attached as Exhibit 1)
- ***Refugee & Immigrant Ctr. for Educ. & Legal Servs. v. Noem***, **793 F. Supp. 3d 19 (D.D.C. 2025)** (attached as Exhibit 2)

- ***Jud. Watch, Inc. v. Illinois State Bd. of Elections***, **No. 24 C 1867, 2025 WL 2712209 (N.D. Ill. Sept. 23, 2025)** (attached as Exhibit 3)

- ***Garay v. City of Las Vegas***, **No. 2:20-CV-119-ART-EJY, 2025 WL 1676845 (D. Nev. June 13, 2025)** (attached as Exhibit 4)

- ***Am. Ass'n of Univ. Professors v. Rubio***, **802 F. Supp. 3d 120 (D. Mass. 2025), judgment entered, No. CV 25-10685-WGY, 2026 WL 524753 (D. Mass. Jan. 22, 2026)** (attached as Exhibit 5):

IRAdvocates brings these cases to the Court's attention to further inform the Court's consideration of this appeal.

Respectfully submitted on this 1st day of April 2026,

_____

Terrence P. Collingsworth
(D.C. Bar No. 471830)
Executive Director
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Avenue NE
Washington, D.C. 20002
Phone: (202) 543-5811
Email: tc@iradvocates.org

***Counsel for Plaintiff-Appellant***

<u>**CERTIFICATE OF COMPLIANCE FOR**</u>
<u>**PLAINTIFF-APPELLANT'S NOTICE OF SUPPLEMENTAL AUTHORITIES**</u>

Pursuant to Fed. R. App. P. 28 (j), I certify that Plaintiff-Appellant's Reply Brief complies with applicable page and word limits in that it has a text typeface of 14 points and contains 340 words, fewer than the 350 words permitted.

Dated: April 1, 2026

Respectfully submitted:
<u>/s/ Terrence P. Collingsworth</u>
Terrence P. Collingsworth
(D.C. Bar No. 471830)
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Avenue NE
Washington, D.C. 20002
Phone: (202) 543-5811
Email: tc@iradvocates.org

***Counsel for Plaintiff-Appellant***

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2026, I electronically filed the foregoing with the United States Court of Appeals for the Federal Circuit by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

Date: April 1, 2026

/s/ Terrence P. Collingsworth
Terrence P. Collingsworth
(D.C. Bar No. 471830)
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Avenue, NE
Washington, D.C. 20002
Telephone: (202) 543-5811
tc@iradvocates.org

*Counsel for Plaintiff-Appellant*