# United States Court of Appeals for the Federal Circuit

---

**INTERNATIONAL RIGHTS ADVOCATES,**
*Plaintiff-Appellant*

**v.**

**MARKWAYNE MULLIN, SECRETARY OF HOMELAND SECURITY, RODNEY S. SCOTT, COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellees*

---

2024-2316

---

Appeal from the United States Court of International Trade in No. 1:23-cv-00165-CRK, Judge Claire R. Kelly.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

June 5, 2026
Date

Jarrett B. Perlow
Clerk of Court